case we find no evidence whatsoever that plaintiff was not in the exercise of due care and caution for his own safety at the time of the accident.

Accordingly, the judgment of the circuit court of Cook county is reversed and the cause remanded for a new trial.

*Judgment reversed and cause remanded.*

SCHWARTZ, P. J. and ROBSON, J., concur.

Sam Schaffer, Appellant, v. Park City Bowl, Inc., Appellee.

Gen. No. 46,017.   (Abstract of Decision.)

Loeff & Panter, for appellant; Martin G. Loeff, of counsel; Yaffe & Yaffe, for appellee; J. E. Yaffe, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.** Opinion filed December 2, 1953; released for publication December 30, 1953.